IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-51230
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ALFREDO ALVAREZ-PEREZ, also known as Jose Garcia,
also known as Cesar Sanchez-Fuentez,
also known as Cesar Sanchez-Lopez,
also known as Pedro Garcia-Morales,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-1136-ALL-DB
--------------------
August 21, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Alfredo Alvarez-Perez (Alvarez)

has requested leave to withdraw and has filed a brief as required

by Anders v. California, 386 U.S. 738 (1967).  Alvarez has not

responded to his counsel's motion.  Our independent review of

counsel's brief and the record discloses no nonfrivolous issue

for appeal.  Counsel's motion for leave to withdraw is GRANTED,

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

counsel is excused from further responsibilities, and the appeal

is DISMISSED.  See 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.